01

02

03

04

05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. CR24-087 RSM |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | DETENTION ORDER |
| | **)** | |
| MANUEL GARCIA HERNANDEZ | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

   1.  Conspiracy to Distribute Controlled Substances.

Date of Detention Hearing:   June 12, 2024.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     1.     Defendant has been charged with a drug offense, the maximum penalty of which

01  is in excess of ten years. There is therefore a rebuttable presumption against defendant as to

02  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03       2. Defendant poses a risk of flight based on his extensive ties to Mexico, where he

04  resided until the age of twenty, and where his parents and brother still reside. Additionally, the

05  government alleges that Defendant has ties to a Mexican drug cartel. He has been charged with

06  a ten-year mandatory minimum offense, which provides the incentive to flee, and he has no

07  legal status in this country. Defendant is a danger to the community based on the nature and

08  circumstances of the charged offense, which involve kilo and pound quantities of controlled

09  substances that Defendant both trafficked and possessed in his residence, along with a loaded

10  firearm and substantial ammunition for that and other firearms. In addition to this, children,

11  including a two-year old, resided with Defendant, and were exposed to the controlled

12  substances, loaded firearm, and ammunition. The government also alleges that Defendant was

13  engaged in multistate crime involving the distribution of controlled substances in kilo and

14  pound quantities. Lastly, Defendant's criminal record reflects serious convictions, including

15  Disorderly Conduct involving the carrying of a concealed pistol without a permit in 2011, and

16  a conviction for Driving Under the Influence in 2022.

17       3.     There does not appear to be any condition or combination of conditions that will

18  reasonably assure the defendant's appearance at future Court hearings while addressing the

19  danger to other persons or the community.

20  It is therefore ORDERED:

21  1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

22     General for confinement in a correction facility separate, to the extent practicable, from

DETENTION ORDER
PAGE -2

01     persons awaiting or serving sentences or being held in custody pending appeal;

02   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

03   3.  On order of the United States or on request of an attorney for the Government, the person

04      in charge of the corrections facility in which defendant is confined shall deliver the

05      defendant to a United States Marshal for the purpose of an appearance in connection with a

06      court proceeding; and

07   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

08      the defendant, to the United States Marshal, and to the United State Probation Services

09      Officer.

10      DATED this 13th day of June, 2024.

11

12                     S. KATE VAUGHAN

13                     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3