JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL GARCIA HERNANDEZ,<br><br>Defendants. | No. CR24-087RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED AMENDED MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court on Defendant Manuel Garcia Hernandez' Unopposed Motion for a Continuance of the Trial Date. The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

The court finds that the counsel for Defendant Garcia Hernandez needs additional time to review discovery, to meet with her client, investigate evidence pertaining to the charges brought by the government, determine the need for any pretrial motions, and prepare for trial.

Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from August 12, 2024, outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could

ORDER GRANTING UNOPPOSED DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – Page 1

**LAW OFFICE OF PAULA T. OLSON**
**4020 North Vassault Street**
**Tacoma, Washington 98407**
**(253) 777-5716-Tel**
**olsonlaw@nventure.com**

result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation for their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

THEREFORE, IT IS ORDERED that Defendant Manuel Garcia Hernandez' Unopposed Amended Motion for a Continuance of the Trial Date is GRANTED. The trial date is continued to November 12, 2024; the pretrial motions deadline is continued to September 27, 2024, and responses to motions shall be due two weeks after the pretrial motions deadline.

IT IS FURTHER ORDERED that the time from the date of this order, until the new trial date of November 12, 2024, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 12th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /S/ Paula T. Olson
PAULA T. OLSON, WSBA#11584
Attorney for Defendant Garcia Hernandez

ORDER GRANTING UNOPPOSED DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com