HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MANUEL GARCIA HERNANDEZ, <br><br> Defendant. | NO. CR24-87RSM <br><br> ORDER GRANTING MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the documents filed in support thereof:

NOW THEREFORE IT IS HEREBY ORDERED that PAULA TUCKFIELD OLSON, court appointed counsel, is permitted to withdraw as defense counsel in this matter, and that retained counsel, MICHAEL AUSTIN STEWART, is allowed to substitute as new defense counsel for the Defendant, MANUEL GARCIA HERNANDEZ.

DATED this 19th day of July, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

ORDER
Page 1 of 2

Presented by:

*/s/Michael A. Stewart*_____
Substituting Counsel #23981

/s/ *Paula Tuckfield Olson*____
Withdrawing Counsel #11584