UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL GARCIA HERNANDEZ,<br>　　　　Defendant. | NO.  CR24-087-RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

　　THE COURT, has considered the defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

　　(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's recent appointment and counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

　　(b) A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

　　(c) The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM
(Page - 1)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

(d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) The additional time requested between the current trial date of 5-5-2025, and the new trial date of 12-15-2025, is necessary to provide counsel for the defendant reasonable time to prepare for trial considering all of the facts set forth above.

(f) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date shall be continued to December 15, 2025, and the pretrial deadline to October 20, 2025.

Dated this 26th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

  s/ Peter Geisness
Peter Geisness # 30897
Defense Counsel for Manuel Garcia Hernandez

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM
(Page - 2)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689