_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 23 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-087RSM |
| Plaintiff, | REPORT AND |
| v. | RECOMMENDATION CONCERNING PLEA OF GUILTY |
| MANUEL GARCIA-HERNANDEZ, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charges contained in Count 1 (*Conspiracy to Distribute Controlled Substances,* in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846) and Count 2 (*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)) of the Superseding Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.

//

//

//

Report and Recommendation - 1
*United States v. Manuel Garcia-Hernandez*, CR24-087RSM

1    I therefore ordered a presentence report. Subject to the Court's consideration of the

2    Plea Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be

3    adjudged guilty and have sentence imposed.

4        DATED this 23rd day of May, 2025.

5

6

7                                              HON. BRIAN A. TSUCHIDA

8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                                    **NOTICE**

24    Objections to this Report and Recommendation are waived unless filed and served

25    within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

26

27

Report and Recommendation - 2
*United States v. Manuel Garcia-Hernandez*, CR24-087RSM