Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL GARCIA HERNANDEZ,<br>　　　　Defendant. | NO.  CR24-087-RSM<br><br>ORDER TO FILE UNDER SEAL |

Defendant's motion to file under seal the *ex parte* declaration of counsel in support of defendant's motion for a 30-day stay to local criminal rule 11 district court judge acceptance of plea, pursuant to Local Criminal Rule 49.1(d)(5) is GRANTED.

Dated this 10th day of June, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE