Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>MANUEL GARCIA HERNANDEZ,<br>        Defendant. | NO.  CR24-087-RSM<br><br>ORDER TO FILE UNDER SEAL |

Defendant's motion to file under seal the *ex parte* declaration of counsel in support of defendant's motion for appointment of counsel is GRANTED.

Dated this 1st day of July, 2025.

_____
Ricardo S. Martinez
United States District Court Judge

ORDER TO FILE UNDER SEAL
*Unites States v. Manuel Garcia Hernandez*, CR24-087-RSM