UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL GARCIA HERNANDEZ,<br><br>Defendant. | Case No. CR24-0087RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL |

THE COURT, having considered the defendant's motion for Appointment of Counsel, hereby GRANTS the motion and ORDERS the CJA Administrator appoint counsel for the purpose articulated in the defendant's ex parte sealed declarations of counsel (Dkt. Nos. 048, 052).

DATED this 1st day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1