Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL GARCIA HERNANDEZ,<br>　　　　Defendant. | NO.  CR24-087-RSM<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR A 30-DAY STAY TO LOCAL CRIMINAL RULE 11 DISTRICT COURT JUDGE ACCEPTANCE OF PLEA |

　　　　THE COURT, having considered the defendant's second motion for a 30-day stay to Local Criminal Rule 11 14-day period before the District Court Judge's acceptance of defendant's guilty plea, hereby GRANTS the second 30-day stay to August 11, 2025.

　　　　Dated this 10th day of July, 2025.

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Peter Geisness*
Peter Geisness # 30897
Defense Counsel for Manuel Garcia Hernandez

ORDER GRANTING DEFENDANT'S SECOND MOTION FOR A 30-DAY STAY TO LOCAL CRIMINAL RULE 11 DISTRICT COURT JUDGE ACCEPTANCE OF PLEA
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM  (Page - 1)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689