Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

MANUEL GARCIA HERNANDEZ,
        Defendant.

NO.  CR24-087-RSM

ORDER GRANTING DEFENDANT'S
THIRD MOTION FOR A 22-DAY STAY
TO LOCAL CRIMINAL RULE 11
DISTRICT COURT JUDGE
ACCEPTANCE OF PLEA

THE COURT, having considered the defendant's third motion for a 22-day

stay to Local Criminal Rule 11 14-day period before the District Court Judge's acceptance of

defendant's guilty plea, hereby GRANTS the second 22-day stay to September 2,

2025.

Dated this ____12th____ day of August, 2025.

Ricardo S. Martinez
United States District Judge

Presented by:

Peter Geisness # 30897
Defense Counsel for Manuel Garcia Hernandez

ORDER GRANTING DEFENDANT'S THIRD MOTION FOR A 22-
DAY STAY TO LOCAL CRIMINAL RULE 11 DISTRICT COURT
JUDGE ACCEPTANCE OF PLEA
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM  (Page - 1)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689