Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL GARCIA HERNANDEZ,<br>　　　　　Defendant. | NO.  CR24-087-RSM<br><br>ORDER TO FILE UNDER SEAL |

Defendant's motion to file under seal the *ex parte* declaration of counsel in support of defendant's motion for a stay to October 7, 2025, regarding the local criminal rule 11 district court judge acceptance of plea, pursuant to Local Criminal Rule 49.1(d)(5) is GRANTED.

DATED this 2nd day of September, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE