Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>  v.<br><br>MANUEL GARCIA HERNANDEZ,<br>   Defendant. | NO. CR24-087-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A 30-DAY STAY TO LOCAL CRIMINAL RULE 11 DISTRICT COURT JUDGE ACCEPTANCE OF PLEA |

THE COURT, having considered the defendant's motion for a 30-day stay to Local Criminal Rule 11 14-day period before the District Court Judge's acceptance of defendant's guilty plea, hereby GRANTS the 30-day stay to October 7, 2025.

Dated this 2nd day of September, 2025.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Peter Geisness # 30897

---

ORDER GRANTING DEFENDANT'S MOTION FOR A 30-DAY STAY TO LOCAL CRIMINAL RULE 11 DISTRICT COURT JUDGE ACCEPTANCE OF PLEA
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM  (Page - 1)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

Defense Counsel for Manuel Garcia Hernandez

ORDER GRANTING DEFENDANT'S MOTION FOR A 30-DAY STAY
TO LOCAL CRIMINAL RULE 11 DISTRICT COURT JUDGE
ACCEPTANCE OF PLEA
*United States v. Manuel Garcia Hernandez*, CR24-087-RSM  (Page - 2)

**THE GEISNESS LAW FIRM**
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689